JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| NITORI USA INC., | CASE NO. SA CV 14-0508-DOC (DFMx) |
| Plaintiff(s), | |
| v | **ORDER DISMISSING CIVIL CASE** |
| LPS CONTRACTING INC. | |
| Defendant(s) | |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **August 31, 2015** to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated:  July 28, 2015